AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**JOSEPH W. GAITHER**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about _____**October 4, 2005**_____ in ____**WASHINGTON**____ county, in the

_____ District of _____**COLUMBIA**_____ defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Lorcin .380 caliber semi-automatic pistol and .380 caliber ammunition.**

in violation of Title ____**18**____ United States Code, Section(s) ____**922(g)(1)**____ .

I further state that I am ____**OFFICER CHRISTOPHER SMITH**____ , and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

Signature of Complainant
**OFFICER CHRISTOPHER SMITH**
**SEVENTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____          at      ____**Washington, D.C.**_____
Date                                                                     City and State

_____          _____

Name & Title of Judicial Officer                    Signature of Judicial Officer