## STATEMENT OF FACTS

On September 13, 2005, a D.C. Superior Court arrest warrant was issued for defendant Joseph W. Gaither for assault with a dangerous weapon.

On Tuesday, October 4, 2005, at about 5:30 p.m., sworn officers of the with the Metropolitan Police Department's Seventh District stopped the defendant in front of xxxx Xxxxxxx Xxxx, X.X., Washington, D.C. regarding the above listed warrant. After verifying the warrant, officers placed the defendant under arrest. An officer asked the defendant if he had any weapons on him, and the defendant told them he had one in his pants. The officer recovered a loaded Lorcin .380 caliber handgun. To the best of the undersigned officer's knowledge, defendant Joseph W. Gaither, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F8525-89, and in Maryland, Criminal Case No. CT940764X. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Lorcin .380 caliber handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER CHRISTOPHER SMITH
SEVENTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON
THIS \_\_ DAY OF OCTOBER, 2005.

_____
U.S. MAGISTRATE JUDGE