UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**JOSEPH W. GAITHER**

Defendant.

Crim. Action No. 05-523M-01
DAR

FILED
OCT 7 - 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

For the reasons set forth by counsel on the record herein at a hearing on this date, it is, this 7th day of October 2005,

**ORDERED** that the Defendant be transported from this courthouse directly to Greater Southeast Community Hospital by the District of Columbia Department of Corrections in a vehicle equipped with a wheelchair lift; and it is

**FURTHER ORDERED** that upon Defendant's arrival, Greater Southeast Community Hospital immediately provide Defendant with appropriate medical care, and continue to do so pending further order of the court.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge