UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**JOSEPH W. GAITHER**

Defendant.

Crim. Action No. 05-523M-01
DAR

## ORDER

Pursuant to a request by Defendant's counsel to modify the court's order of October 7th, 2005, it is, this 17th day of October 2005,

**ORDERED** that the Defendant be transported from Greater Southeast Community Hospital by the District of Columbia Department of Corrections in a vehicle equipped with a wheelchair lift for any judicial proceedings currently set, or in the future; and it is

**FURTHER ORDERED** that upon completion of Defendant's matters before the court, the District of Columbia Department of Corrections in a vehicle equipped with a wheelchair lift, shall return Defendant to Greater Southeast Community Hospital for continued medical treatment, and continue to do so pending further order of the court; and it is

**FURTHER ORDERED** that Greater Southeast Community Hospital shall advise Defendant's counsel and the court when Defendant no longer requires medical treatment, and shall stay Defendant's release pending further order of the court.

DEBORAH A. ROBINSON
United States Magistrate Judge